

In The
Court of Appeals
Seventh District of Texas at Amarillo

_____

No. 07-13-0039-CV
_____

IN THE INTEREST OF B.C., A CHILD

On Appeal from the 320th District Court
Potter County, Texas
Trial Court No. 81,655-D, Honorable Don Emerson, Presiding

March 26, 2013

MEMORANDUM OPINION

Before Quinn, C.J., and Campbell and Pirtle, JJ.

Appellant filed notice of appeal on February 6, 2013, from the trial court's January 18 order terminating his parental rights to his child, B.C. On March 19, appellant filed a motion to dismiss his appeal, after the trial court granted a new trial.

As no decision of the Court has been delivered to date, we grant appellant's motion to dismiss the appeal. The appeal is dismissed. No motion for rehearing will be entertained and our mandate will issue forthwith. See Tex. R. App. P. 42.1(a)(1). The

parties have not presented an agreement for taxation of costs. Therefore, costs are taxed against appellant. Tex. R. App. P. 42.1(d).

James T. Campbell
Justice